UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

USA

    VS                                                         CASE NO. 4:06mj112-WCS

DAVID LYLE HULTS

## REFERRAL AND ORDER

The motion/pleading was filed by plaintiff on 11/02/2006 (document #4), and referred to Magistrate Judge William C. Sherrill on 11/06/2006.

Summary of motion/pleading: MOTION TO DISMISS

WILLIAM M. MCCOOL, CLERK OF COURT

        s/ Angie Maxwell
DEPUTY CLERK

---

## ORDER OF COURT

Upon consideration of the foregoing, it is ORDERED this 7th day of November, 2006, the requested relief is **GRANTED.**

        s/ William C. Sherrill
UNITED STATES MAGISTRATE JUDGE